UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICKI HUNTER,                    )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )    NO. 3:10-1164
                                 )    Judge Trauger/Bryant
BANK OF NEW YORK MELLON,         )
et al.,                          )
                                 )
     Defendants.                 )

**ORDER TO SHOW CAUSE**

Plaintiff Micki Hunter filed her complaint in this case on December 10, 2010 (Docket Entry No. 1), naming four defendants: Bank of New York Mellon, McCalla Raymer, PLLC, Michael J. McCormick and Judge Michael F. Mondelli. The defendant bank filed its answer on February 25, 2011 (Docket Entry No. 7).

The remaining three defendants have filed no response to the complaint nor have they entered any appearance in the case. Insofar as the record shows, service of process has not been obtained on them.

Rule 4(m) of the Federal Rules of Civil Procedure provides that if a defendant is not served within 120 days after the complaint is filed the court must dismiss the action without prejudice against that defendant or order that service be made within a specified time. This rule also allows the Court to extend the time for service of process for an appropriate period upon a

showing of good cause for the failure to obtain service of process in a timely fashion.

Plaintiff Hunter is **ORDERED** to show cause on or before **Friday, April 15, 2011**, why her complaint against defendants McCalla Raymer, McCormick and Mondelli should not be dismissed pursuant to Rule 4(m) for her failure to obtain service of process upon them. Plaintiff is admonished that if she fails to respond to this order, such failure may cause the undersigned Magistrate Judge to recommend that her complaint against these three defendants be dismissed.

It is so **ORDERED**.

s/ John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge