IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICKI HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-1164 |
| ) | Judge Trauger |
| MCCALLA RAYMER, PLLC, in its official ) | Magistrate Judge Bryant |
| capacity, and MICHAEL J. MCCORMICK, ) | |
| personally and in his capacity as staff attorney for ) | |
| McCalla Raymer, PLLC, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 8, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 60), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the finding of facts and conclusion of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that all claims against defendants Michael J. McCormick and McCalla Raymer, PLLC, are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Fed. R. Civ. P.

All claims against all parties having now been dismissed in this case, it is hereby **ORDERED** that the Clerk shall **CLOSE** this file.

It is so **ORDERED.**

Enter this 2nd day of April 2012.

_____
ALETA A. TRAUGER
U.S. District Judge